PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEN EPPS, an individual, | Case No. 2:16-cv-08652-AB-AS |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| v. | |
| WALGREEN CO., an Illinois corporation; and DOES 1 – 10, inclusive, | Complaint Filed: November 21, 2016 |
| Defendants. | Trial Date: None set |

1
2
3

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jalen Epps voluntarily dismisses with prejudice this action against Walgreen Co.  Defendant has not yet filed or served a response to Plaintiff's Complaint.

4
5

Dated:  January 19, 2017          PACIFIC TRIAL ATTORNEYS, APC

6
7
8

              By: _/s/ Scott J. Ferrell_____
              Scott. J. Ferrell
              Attorneys for Plaintiff

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2017, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*

Scott J. Ferrell